# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANET SYLVE, ET AL | CIVIL ACTION |
| VERSUS | NO.  19-14538 |
| K-BELLE CONSULTANTS, LLC, ET AL | SECTION: L (2) |

## J U D G M E N T

Considering the Court's Order & Reasons entered herein on December 23, 2021, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendants, K-Belle Consultants, LLC and Cycle Construction Company, LLC and against plaintiffs, Janet Sylve, Emett Sylve, Elliot Sylve and Michael Sylve, dismissing said plaintiffs' complaint, with prejudice, and costs.

New Orleans, Louisiana, this   6th   day of January, 2022.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**